811

No. 819.  COMMERCIAL CREDIT CORP. *v.* ALLEN, TRUS-
TEE IN BANKRUPTCY.  C. A. 7th Cir.  Certiorari denied.
*Berthold Muecke, Jr.* and *J. Francis Ireton* for petitioner.
*William S. Collen* for respondent. ▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇

No. 840.  FAUCI *v.* UNITED STATES ET AL.; and
No. 841.  DENEHY *v.* HANNON, RECEIVER, ET AL.  C. A.
1st Cir.  Certiorari denied.  *Llewellyn A. Luce* for peti-
tioners.  *Solicitor General Rankin, Assistant Attorney
General Rice, A. F. Prescott* and *Frederick E. Youngman*
for the United States, and *Arthur L. Brown* for Hannon,
respondents.  Reported below: 275 F. 2d 234.

No. 853.  GRACE, TRUSTEE, *v.* DEEPDALE, INC., ET AL.
Court of Appeals of New York.  Certiorari denied.
*George J. Schaefer* and *John W. Cragun* for petitioner.
*John P. Boland, Robert E. Lawther* and *Lawrence J.
McKay* for respondents.

No. 869.  HERMAN SCHWABE, INC., *v.* UNITED SHOE
MACHINERY CORP.  C. A. 2d Cir.  Certiorari denied.
*Richard S. Sullivan, James M. Malloy* and *Ralph Warren
Sullivan* for petitioner.  *Ralph M. Carson, Robert D.
Salinger* and *Louis L. Stanton, Jr.* for respondent. ▇▇▇
▇▇▇▇▇▇▇▇

No. 873.  GAINEY ET AL. *v.* BROTHERHOOD OF RAILWAY
AND STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS
AND STATION EMPLOYEES ET AL.  C. A. 3d Cir.  Certio-
rari denied.  *Lawrence J. Richette* for petitioners.  *Rob-
ert M. Landis, Owen B. Rhoades, Richard N. Clattenburg,
Allen S. Olmsted 2nd, Walter Biddle Saul, Robert S.
Marx* and *Ivar H. Peterson* for respondents. ▇▇▇▇▇▇
▇▇▇▇▇▇